## ST. LOUIS, I. M. & S. RY. CO. v. ICE.

No. 5419.   Opinion Filed September 21, 1915.

(151 Pac. 1083.)

**RAILROAD CROSSING ACCIDENT.** Same as in **St. L., I. M. & S. Ry. Co. v. O'Conner,** 43 Okla. 268, 142 Pac. 1111.

(Syllabus by Brett, C.)

*Error from District Court, Nowata County;*
*T. L. Brown, Judge.*

Action by W. M. Ice against the St. Louis, Iron Mountain & Southern Railway Company.   Judgment for plaintiff, and defendant brings error.   Affirmed.

*Vincent M. Miles,* for plaintiff in error.

*Glass & Weaver* and *W. H. Kornegay,* for defendant in error.

Opinion by BRETT, C. This is a companion case with *St. L., I. M. & S. Ry. Co. v. O'Connor,* reported in 43 Okla. 268, 142 Pac. 1111. The facts in each case being identical, and the questions of law raised by plaintiff in error being the same in each case, and *St. L., I. M. & S. Ry. Co. v. O'Connor,* having been passed on by this court, and the judgment of the lower court affirmed, upon authority of that case we recommend that the judgment appealed from in this case be affirmed.

By the Court: It is so ordered.